IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SIMON CHARLES,[1] | § | |
| | § | |
| Respondent-Below, | § | No. 552, 2017 |
| Appellant, | § | |
| | § | Court Below:  Family Court |
| v. | § | of the State of Delaware |
| | § | in and for New Castle County |
| DEPARTMENT OF SERVICES | § | |
| FOR CHILDREN, YOUTH AND | § | File Nos. CN 13-03059 & |
| THEIR FAMILIES/DIVISION OF | § | 17-10-02TN |
| FAMILY SERVICES | § | |
| (DSCYF/DFS), | § | Petition Nos. 16-30535 & |
| | § | 17-30444 |
| Petitioner-Below, | § | |
| Appellee. | § | |
| | § | |
| IN THE INTEREST OF: | § | |
| SARAH FULLERTON- | § | |
| CHARLES. | § | |

Submitted:  September 12, 2018
Decided:    September 24, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 24th day of September, 2018, after careful consideration of the

parties' briefs and the record on appeal, we find it evident that the final

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its November 28, 2017 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice